LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
NOV 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

JUANA BARRERA,                        )  No. EDCV 12-00764 E
                                      )
    Plaintiff,                        )  [PROPOSED] ORDER AWARDING
                                      )  EAJA FEES
    v.                                )
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner Of Social Security,      )
                                      )
    Defendant.                        )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND NINE HUNDRED NINETY THREE DOLLARS AND 65/100 ($1,993.65) subject to the terms of the stipulation.

DATE: 11/27/12

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE